Strafford,
Dec., 1894.

### JEWELL *v.* ROCHESTER.

PETITION, for the assessment of damages for the taking of certain water rights. Facts found by the court. The defendants purchased of the Rochester Aqueduct and Water Company, under the authority of *c.* 253, Laws 1891, the flowage and drainage rights in question, after the appropriation of the same by the Aqueduct company. In 1885 that company filed a bill in equity against the plaintiff and other landowners for an assessment of the damages occasioned by the taking of said water rights. Subsequently, on motion of the Aqueduct company, the bill was dismissed as to the plaintiff. The assessment of damages was then referred to the county commissioners, who awarded to the plaintiff $82.33. She declined to accept the award, on the ground that she was not a party to the proceedings before the commissioners.

*Felker & Pearl*, for the plaintiff

*George E. Cochrane*, for the defendants.

*Per Curiam.** As the plaintiff was not a party to the proceedings before the commissioners, she is not bound by the award, and is entitled to maintain the present petition.

                                        *Case discharged.*

SMITH, J., did not sit: the others concurred.

